Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Kevin Paule, Esq. #125276 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
gbenezra@melandbudwick.com
kpaule@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re

DOUBLE JUMP, INC.

      Debtor.

Affects:
☒ DC Solar Solutions, Inc.
☒ DC Solar Distribution, Inc.
☐ DC Solar Freedom, Inc.
☐ Double Jump, Inc.

CHRISTINA W. LOVATO,

      Plaintiff,

v.

PRISCILLA AMATO and ROBERT
AMATO and PAULA JORDAN,

      Defendants.

Lead Case No.: BK-19-50102-gs
(Chapter 7)

Jointly Administered with:

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

Adversary No.:

**ADVERSARY COMPLAINT**

Christina W. Lovato, in her capacity as the chapter 7 trustee ("**Trustee**" or "**Plaintiff**") for the bankruptcy estates of DC Solar Solutions, Inc. ("**DCSS**"), DC Solar Distribution, Inc. ("**DCSD**"), DC Solar Freedom, Inc. ("**DCSF**", and with DCSD and DCSS, "**DC Solar**") and

1

Double Jump, Inc. ("**DJ**," and with DC Solar, the "**Debtors**"), files her complaint ("**Complaint**") commencing this adversary proceeding ("**Action**") against Priscilla Amato ("**P. Amato**"), Robert Amato ("**R. Amato**") and Paula Jordan ("**P. Jordan**," and together with P. Amato and R. Amato, the "**Defendants**") and alleges as follows.

## PARTIES

1.      The Trustee is the chapter 7 bankruptcy trustee for the Debtors.  The Trustee has the capacity to commence this action by way of, among other things, 11 U.S.C. § 323.

2.      R. Amato is an individual, and at all material times was on DC Solar's payroll as an employee and resided in California.

3.      P. Amato is an individual, and at all material times was on DC Solar's payroll as an employee and resided in California.

4.      P. Jordan is an individual, and at all material times was on DC Solar's payroll as an employee.

5.      Each of the Defendants is a family member of the Carpoffs.

## JURISDICTION

6.      The Bankruptcy Court has jurisdiction over this case and this adversary proceeding under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (H) and (O).  Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

7.      The Trustee consents to the entry of final orders and judgments by the Bankruptcy Court.

## FACTUAL ALLEGATIONS

**I.      DC Solar and the Carpoff Ponzi Scheme**

8.      DC Solar was incorporated and headquartered in California.

9.      DC Solar had, at all material times, certain legitimate business operations.

10.      From no later than on or around calendar year(s) 2010 through 2018, DC Solar was engaged in a business related to manufacturing, marketing, selling and leasing mobile solar generators ("**MSGs**").

11.     Generally, the business purported to operate as follows. DCSS would manufacture and sell MSGs for $150,000 each. The buyers were typically tax-equity funds, 99% owned by a financial investor seeking investment federal tax credits. The buyers would provide DCSS a $45,000 down-payment (30% of the total purchase price) and execute a promissory note for the remaining balance. The buyers would lease the MSGs to DCSS's affiliate DCSD, which in turn purported to sub-lease the MSG to an end-user/sub-lessee. The end-user's/sub-lessee's lease payments were intended to cover the interest payments on the promissory note.

12.     DCSF's role was in connection with marketing, branding and advertising the MSGs and DC Solar, in connection with the socially-conscious nature of solar energy.  DCSF was created in June 2015.

13.     DC Solar had significant professional, operational and other expenses.

14.     The financial investor that acquired the majority stake in the buyer sought to take advantage of valuable federal income tax benefits related to the purchase, use and depreciation of the MSGs.

15.     Over the years, DCSS closed over two dozen transactions, purportedly selling over 15,000 MSGs and generating hundreds of millions of dollars of revenue.

16.     However, certain of DC Solar's insiders, including Jeff Carpoff and Paulette Carpoff (together, the "*Carpoffs*"), were also perpetrating a Ponzi scheme ("*Carpoff Ponzi Scheme*") through DC Solar and other entities.

17.     The Carpoffs caused DC Solar to transfer monies obtained from new buyers of MSGs to cover obligations owed to earlier buyers. This was contrary to the Carpoffs' representations to the financial investors that sub-lessee revenue would pay those obligations. Moreover, the Carpoffs misrepresented to the financial investors the number of MSGs that DC Solar manufactured, ultimately claiming in 2018 that the figure exceeded 15,000 when it was actually far less. Moreover, although the Carpoffs represented to the financial investors that DC Solar had a series of sub-lessees willing to pay to utilize the MSGs, some sub-leases were real but others were not.

18.     Further, the Carpoffs looted DC Solar to, among other things, fund their own lavish lifestyle, including through casino gambling, buying a semi-pro baseball team, the use of private jets and the purchase of real and personal property (such as automobiles). And the Carpoffs looted DC Solar to, among other things, pay-off co-conspirators and make payments such as marketing payments (legitimate or illegitimate) to third-parties. This all was intended, in material part, to further the Carpoff Ponzi Scheme and/or create the perception that DC Solar was profitable.

19.     Because of (among other things) the harm the Carpoffs inflicted upon DC Solar through the Carpoffs' wrongdoing, including the liabilities the Carpoffs created for DC Solar, DC Solar was insolvent on the date of the transfers (defined below).

20.     Certain of DC Solar's insiders other than the Carpoffs knew of and participated in the Carpoff Ponzi Scheme.

21.     However, certain other DC Solar-insiders, including individuals who (1) owned equity interests, (2) served as officers, (3) served as executives, and (4) held management-level positions, each at different times and with varying levels of authority over one or more of the Debtors, were unaware of and did not participate in the Carpoff Ponzi Scheme.

**II.    The Raid Through the Debtors' Bankruptcy Filing**

22.     On December 18, 2018, Federal law enforcement raided the business locations of DCSS, DCSD and certain other affiliates (***"Raid"***).

23.     After December 18, 2018 and before the Petition Date (defined below), DC Solar made substantial corporate governance changes, and retained GlassRatner Advisory & Capital Group LLC and designated Seth R. Freeman as chief restructuring officer.

24.     Between January 31 and February 5, 2019 (***"Petition Date"***), the Debtors filed their voluntary chapter 11 petition. The Debtors' chapter 11 bankruptcy cases were converted to chapter 7 on March 22, 2019 and the Trustee was appointed as the chapter 7 trustee.

**III.   The Defendants**

25.     At all material points in time, each of the Defendants was a DC Solar insider.

4

26.     R. Amato is Paulette Carpoff's brother.  P. Amato is related to R. Amato and the Carpoffs.  P. Jordan is Paulette Carpoff's mother.  And each was on DC Solar's payroll as purported employees.

27.     Upon information and belief, R. Amato knew of and participated in wrongdoing at DC Solar: he told other DC Solar employees to bury GPS transponders at certain sites where certain MSGs were supposed to be deployed – but were not – so that the GPS transponders would read as if the MSGs were deployed at the correct location.   This was in furtherance of the Carpoff Ponzi Scheme.

R. Amato

28.     From no later than February 2015 through December 2018, R. Amato was a purported employee of DC Solar.  R. Amato received the "payroll" payments from DCSS and DCSD set forth on **Exhibit 1**.  These transfers were "compensation" for R. Amato's fulfillment of his purported role, duties, and obligations as a DC Solar employee.

29.     However, R. Amato did not perform the work commensurate with his role as a DC Solar employee.  R. Amato's "compensation" was excessive in light of his actual work performed.

30.     In addition, R. Amato received the transfers identified on **Exhibit 2**.  R. Amato provided no value in exchange for these transfers.

31.     In addition, R. Amato received other personal benefits paid for by DC Solar, including travel on a private plane.

32.     R. Amato provided DC Solar with no meaningful benefit in exchange for the transfers identified on **Exhibit 1** and **Exhibit 2** (the "***R. Amato Transfers***").

33.     To the contrary, certain of R. Amato's actions were adverse to DC Solar's interests, such as burying transponders to mislead third parties.

P. Amato

34.     From no later than February 2015 through December 2018, P. Amato was a purported employee of DC Solar.  P. Amato received the "payroll" payments from DCSS set forth on **Exhibit 3**.  These transfers were "compensation" for P. Amato's fulfillment of her purported role, duties, and obligations as a DC Solar employee.

5

35. However, P. Amato did not perform work which benefitted DC Solar. Rather, her job responsibilities and duties were in connection with managing properties owned, directly or indirectly, by the Carpoffs. Thus, the Debtors received no value from her employment.

36. P. Amato provided DC Solar with no meaningful benefit in exchange for the transfers identified on **Exhibit 3** (the "***P. Amato Transfers***").

<u>P. Jordan</u>

37. From no later than February 2015 through December 2018, P. Jordan was a purported employee of DC Solar. P. Jordan received the "payroll" payments from DCSS set forth on **Exhibit 4**. These transfers were for "compensation" for P. Jordan's fulfillment of her purported role, duties, and obligations as a DC Solar employee.

38. However, P. Jordan did not perform the work commensurate with her role as a DC Solar employee. P. Jordan's "compensation" was excessive in light of her actual work performed.

39. In addition, P. Jordan received the transfers identified on **Exhibit 5**.

40. P. Jordan provided DC Solar with no meaningful benefit in exchange for the transfers identified on **Exhibit 4** and **Exhibit 5** (the "***P. Jordan Transfers***").

41. The Carpoffs caused DCSS to make each of the R. Amato Transfers, the P. Amato Transfers, and the P. Jordan Transfers in furtherance of and related to the Carpoff Ponzi Scheme.

**IV.    Triggering Creditor**

42. There was and is at least one creditor of the Debtors who held at all material times an unsecured claim that was and is allowable under Bankruptcy Code § 502.

43. More particularly, these creditors include at least: (1) Solarsense DCS I, LLC; (2) Solar Eclipse Investment Fund III, LLC; (3) PG&E; and (4) Ally Bank.

**CLAIMS FOR RELIEF**

**COUNT I**
**Actual Fraudulent Transfer**
**11 U.S.C. § 548(a)(1)(A)**
**[R. Amato and P. Amato and P. Jordan]**

44. The Trustee re-alleges paragraphs 1 through 43 as though fully stated herein.

6

45.    DCSS and DCSD made certain of the R. Amato Transfers to R. Amato within two years of the Petition Date ("**R. Amato 2 Year Transfers**").

46.    The Carpoffs caused DCSS and DCSD to make the R. Amato 2 Year Transfers with the actual intent to hinder, delay or defraud its creditors.

47.    DCSS made certain of the P. Amato Transfers to P. Amato within two years of the Petition Date ("**P. Amato 2 Year Transfers**").

48.    The Carpoffs caused DCSS to make the P. Amato 2 Year Transfers with the actual intent to hinder, delay or defraud its creditors.

49.    DCSS made certain of the P. Jordan Transfers to P. Jordan within two years of the Petition Date ("**P. Jordan 2 Year Transfers**").

50.    The Carpoffs caused DCSS to make the P. Jordan 2 Year Transfers with the actual intent to hinder, delay or defraud its creditors.

<u>**COUNT II**</u>
**Constructive Fraudulent Transfer**
**11 U.S.C. §§ 548(a)(1)(B)**
**[R. Amato and P. Amato and P. Jordan]**

51.    The Trustee re-alleges paragraphs 1 through 43 as though fully stated herein.

52.    DCSS and DCSD made the R. Amato 2 Year Transfers within two years of the Petition Date.

53.    DCSS and DCSD did not receive reasonably equivalent value in exchange for the R. Amato 2 Year Transfers.  Among other things, R. Amato's bad faith and participation in Jeff and Paulette Carpoffs' breach of their fiduciary duties by burying the transponders causes R. Amato to forfeit any right to compensation.

54.    During the two-year period prior to the Petition Date, Jeff and Paulette Carpoff were perpetrating the Carpoff Ponzi Scheme through DC Solar and other entities. Because of the Carpoff Ponzi Scheme and the claims of and obligations to the buyers of MSGs, DCSS and DCSD: (1) were insolvent, as their liabilities exceeded their assets; (2) were engaged (and were continuing to engage) in a business or transaction for which their property remaining after the R. Amato 2 Year Transfers, the P. Amato 2 Year Transfers, and the P. Jordan 2 Year Transfers constituted

7

unreasonably small capital; and (3) intended to incur or believed they would incur debts beyond their ability to pay.

55.     DCSS made the P. Amato 2 Year Transfers within two years of the Petition Date.

56.     DCSS did not receive reasonably equivalent value in exchange for the P. Amato 2 Year Transfers.  P. Amato's services provided no value to DCSS; rather, they provided value to Jeff and Paulette Carpoff, individually, or certain of their non-debtor affiliates.

57.     DCSS made the P. Jordan 2 Year Transfers within two years of the Petition Date.

58.     DCSS did not receive reasonably equivalent value in exchange for the P. Jordan 2 Year Transfers.

## COUNT III
### Actual Fraudulent Transfer
### 11 U.S.C. § 544 and California Civil Code §§ 3439.04(a)(1)
### or 3439.07 and other applicable state law
### [R. Amato and P. Amato and P. Jordan]

59.     The Trustee re-alleges paragraphs 1 through 43 as though fully stated herein.

60.     DCSS and DCSD made certain of the R. Amato Transfers to R. Amato within four years of the Petition Date ("*R. Amato 4 Year Transfers*").

61.     The Carpoffs caused DCSS and DCSD to make the R. Amato 4 Year Transfers with the actual intent to hinder, delay or defraud its creditors.

62.     DCSS made certain of the P. Amato Transfers to P. Amato within four years of the Petition Date ("*P. Amato 4 Year Transfers*").

63.     The Carpoffs caused DCSS to make the P. Amato 4 Year Transfers with the actual intent to hinder, delay or defraud its creditors.

64.     DCSS made certain of the P. Jordan Transfers to P. Jordan within four years of the Petition Date ("*P. Jordan 4 Year Transfers*").

65.     The Carpoffs caused DCSS to make the P. Jordan 4 Year Transfers with the actual intent to hinder, delay or defraud its creditors.

## COUNT IV
### Constructive Fraudulent Transfer
### 11 U.S.C. § 544 and California Civil Code §§ 3439.04(a)(2) or 3439.05
### and 3439.07 or other applicable state law
### [R. Amato and P. Amato and P. Jordan]

66.    The Trustee re-alleges paragraphs 1 through 43 as though fully stated herein.

67.    DCSS and DCSD made the R. Amato 4 Year Transfers within four years of the Petition Date.

68.    DCSS and DCSD did not receive reasonably equivalent value in exchange for the R. Amato 4 Year Transfers and was insolvent at the time of each of the R. Amato 4 Year Transfers Among other things, R. Amato's bad faith and participation in Jeff and Paulette Carpoffs' breach of their fiduciary duties by burying the transponders causes R. Amato to forfeit any right to compensation.

69.    During the four-year period prior to the Petition Date, Jeff and Paulette Carpoff were perpetrating the Carpoff Ponzi Scheme through DC Solar and other entities.  Because of the Carpoff Ponzi Scheme and the claims of and obligations to the buyers of MSGs, DCSS and DCSD: (1) were engaged (and were continuing to engage) in a business or transaction for which their remaining property was unreasonably small; and (2) intended to incur or believed or reasonably believed that they would incur debts beyond their ability to pay.

70.    DCSS made the P. Amato 4 Year Transfers within four years of the Petition Date.

71.    DCSS did not receive reasonably equivalent value in exchange for the P. Amato 4 Year Transfers and was insolvent at the time of each of the P. Amato 4 Year Transfers.  P. Amato's services provided no value to DCSS; rather, they provided value to Jeff and Paulette Carpoff, individually, or certain of their non-debtor affiliates.

72.    DCSS made the P. Jordan 4 Year Transfers within four years of the Petition Date.

73.    DCSS did not receive reasonably equivalent value in exchange for the P. Jordan 4 Year Transfers and was insolvent at the time of each of the P. Jordan 4 Year Transfers.

## COUNT V
### 11 U.S.C. § 550(a)
### [R. Amato and P. Amato and P. Jordan]

74. The Trustee re-alleges paragraphs 1 through 43 as though fully stated herein.

75. The Trustee is entitled to avoid the transfers pursuant to 11 U.S.C. §§ 544 and 548. *See* Counts I, II, III and IV above.

76. R. Amato is the initial transferee of the R. Amato 2 Year Transfers and R. Amato 4 Year Transfers. Therefore, once avoided, the Trustee may recover the R. Amato 2 Year Transfers and the R. Amato 4 Year Transfers from R. Amato.

77. P. Amato is the initial transferee of the P. Amato 2 Year Transfers and P. Amato 4 Year Transfers. Therefore, once avoided, the Trustee may recover the P. Amato 2 Year Transfers and the P. Amato 4 Year Transfers from P. Amato.

78. P. Jordan is the initial transferee of the P. Jordan 2 Year Transfers and P. Jordan 4 Year Transfers. Therefore, once avoided, the Trustee may recover the P. Jordan 2 Year Transfers and the P. Jordan 4 Year Transfers from P. Jordan.

## COUNT VI
### Quasi Contract for Unjust Enrichment Seeking Restitution
### [R. Amato and P. Amato and P. Jordan]

79. The Trustee re-alleges paragraphs 1 through 43 as though fully stated herein.

80. As a result of the transfers, DCSS and DCSD conferred a benefit upon R. Amato, P. Amato, and P. Jordan.

81. R. Amato, P. Amato, and P. Jordan obtained the benefit at the expense of DCSS.

82. It would be unjust to permit R. Amato, P. Amato, and P. Jordan to retain the benefit.

83. R. Amato, P. Amato, and P. Jordan should be required to provide restitution to the Trustee.

## COUNT VII
### Accounting
### [R. Amato and P. Amato and P. Jordan]

84. The Trustee re-alleges paragraphs 1 through 43 as though fully stated herein.

85.     The Trustee is an after-the-fact appointed fiduciary.

86.     The Trustee has diligently investigated the transfers to and for the benefit of, and conduct of, the Defendants in connection with the Debtors since her appointment.

87.     The Trustee's investigation has had challenges due to, among other things, (1) COVID-19; (2) the complexity of the Carpoffs Ponzi Scheme; (3) the complexity of the Debtors' business and financing operations; (4) obtaining a complete set of the Debtors' records; and (5) the United States of America's criminal investigation, which is ongoing as of the date of filing this complaint, and its effect on witness availability and access to documents.

88.     As a result of these and other items, the Trustee has been unable to determine the full and complete amount and value and number of transfers by DC Solar to or for the benefit of the Defendants.  These items are not fully ascertained.  For example: the Defendants received from the Debtors: (1) travel on NetJets; (2) travel to non-business locations; (3) purchases of other personal property and services for their personal benefit.

89.     The Trustee has the right to recover these items or the value of these items from the Defendants.

90.     There is no adequate legal remedy for the Trustee.

91.     The Trustee seeks an accounting of the Debtors' monies received directly and indirectly by each Defendant, and any money transfers made for the benefit of each Defendant.

92.     The Trustee cannot make these calculations without this information.

93.     Upon receiving full and complete information, the Trustee may seek to avoid and recover, or otherwise seek damages, under fraudulent conveyance and/or tort theories and under state and/or federal law.

**WHEREFORE**, the Trustee prays for and demands order and judgment against the Defendant as follows:

(1) Count I:       Avoiding the R. Amato 2 Year Transfers and P. Amato 2 Year Transfers and P. Jordan 2 Year Transfers under 11 U.S.C. §548(a)(1)(A).

(2) Count II:      Avoiding the R. Amato 2 Year Transfers and P. Amato 2 Year Transfers and P. Jordan 2 Year Transfers under 11 U.S.C. §548(a)(1)(B).

(3) Count III:       Avoiding the R. Amato 4 Year Transfers and P. Amato 4 Year Transfers and P. Jordan 4 Year Transfers under 11 U.S.C. §544 and California Civil Code §§ 3439.04 and 3439.07 and any other relief the circumstances may require under the latter, or under other applicable state law.

(4) Count IV:       Avoiding the R. Amato 4 Year Transfers and P. Amato 4 Year Transfers and P. Jordan 4 Year Transfers under 11 U.S.C. §544 and California Civil Code §§ 3439.04, 3439.05, and 3439.07 and any other relief the circumstances may require under the latter, or under other applicable state law.

(5) Count V:

    a. Entering a Judgment in the amount of the R. Amato 2 Year Transfers, the amount of the R. Amato 4 Year Transfers, and any other transfers identified pursuant to Count VII, against R. Amato, along with interest both before and after the commencement of this Action;

    b. Entering a Judgment in the amount of the P. Amato 2 Year Transfers and the amount of the P. Amato 4 Year Transfers, and any other transfers identified pursuant to Count VII, against P. Amato, along with interest both before and after the commencement of this Action; and

    c. Entering a Judgment in the amount of the P. Jordan 2 Year Transfers and the amount of the P. Jordan 4 Year Transfers, and any other transfers identified pursuant to Count VII,  against P. Jordan, along with interest both before and after the commencement of this Action.

(6) Count VI:

    a. Ordering R. Amato to provide restitution to the Trustee in an amount equal to the R. Amato 4 Year Transfers;

    b. Ordering P. Amato to provide restitution to the Trustee in an amount equal to the P. Amato 4 Year Transfers; and

    c. Ordering P. Jordan to provide restitution to the Trustee in an amount equal to the P. Jordan 4 Year Transfers.

1  (7) Count VII:        Directing R. Amato and P. Amato and P. Jordan to provide an accounting

2  of the Debtors' monies received directly and indirectly by the Defendants, and any

3  money transfers made for the benefit of the Defendants.

4
5  In addition, the Trustee requests from the Court any such other and further relief, equitable

or otherwise, that this court deems just and proper.

6
7  DATED: January 26, 2021.

**HARTMAN & HARTMAN**

8
9  */s/ Jeffrey L. Hartman, Esq.*
Jeffrey L. Hartman, Esq., Attorney for Plaintiff

10  Christina W. Lovato

11  **MELAND BUDWICK, P.A.**

12  */s/ Solomon B. Genet, Esq.*
Michael S. Budwick, Esq., Admitted Pro Hac Vice

13  Solomon B. Genet, Esq., Admitted Pro Hac Vice

14  Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Kevin Paule, Esq., Admitted Pro Hac Vice

15  Attorneys for Plaintiff Christina W. Lovato

16

17

18

19

20

21

22

23

24

25

26

27

28

| Date | Transferor | Transferee | Gross Payroll and Bonus |
|------|-----------|-----------|------------------------|
| 02/24/17 | DC Solar Distribution, Inc. | Amato, Robert V | $        3,846.15 |
| 03/10/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 03/24/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 04/07/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 04/21/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 05/05/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 05/19/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 06/02/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 06/16/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 06/30/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 07/14/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 07/28/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 08/11/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 08/25/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 09/08/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 09/22/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 10/06/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 10/20/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 11/03/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 11/17/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 12/01/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 12/15/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 12/19/17 | DC Solar Distribution, Inc. | Amato, Robert V | 10,000.00 |
| 12/29/17 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 01/12/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 01/26/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 02/09/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 02/23/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 03/09/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 03/23/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 04/06/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 04/20/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 05/04/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 05/18/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 06/01/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 06/15/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 06/29/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 07/13/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 07/27/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 08/10/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 08/24/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 09/07/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 09/21/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 10/05/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 10/19/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 11/02/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |

**EXHIBIT 13** Page 1 of 3

| Date | Transferor | Transferee | Gross Payroll and Bonus |
|---|---|---|---|
| 11/16/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 11/30/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 12/14/18 | DC Solar Distribution, Inc. | Amato, Robert V | 3,846.15 |
| 12/15/18 | DC Solar Distribution, Inc. | Amato, Robert V | 10,000.00 |
| **Total - DC Solar Distribution, Inc.** | | | **204,615.20** |
| | | | |
| 02/13/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 02/27/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 03/13/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 03/27/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 04/10/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 04/24/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 05/08/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 05/22/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 06/05/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 06/19/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 07/03/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 07/17/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 07/31/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 08/14/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 08/28/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 09/11/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 09/25/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 10/09/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 10/23/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 11/06/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 11/20/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 12/04/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,076.92 |
| 12/18/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 12/19/15 | DC Solar Solutions, Inc. | Amato, Robert V | 10,000.00 |
| 12/31/15 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 01/15/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 01/29/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 02/12/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 02/26/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 03/11/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 03/25/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 04/08/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 04/22/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 05/06/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 05/20/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 06/03/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 06/17/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 07/01/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 07/15/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 07/29/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |

| Date | Transferor | Transferee | Gross Payroll and Bonus |
|---|---|---|---|
| 08/12/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 08/26/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 09/09/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 09/23/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 10/07/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 10/21/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 11/04/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 11/18/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 12/02/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 12/16/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 12/17/16 | DC Solar Solutions, Inc. | Amato, Robert V | 10,000.00 |
| 12/30/16 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 01/13/17 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 01/27/17 | DC Solar Solutions, Inc. | Amato, Robert V | - |
| 01/27/17 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| 02/10/17 | DC Solar Solutions, Inc. | Amato, Robert V | 3,846.15 |
| **Total - DC Solar Solutions, Inc.** | | | **206,922.89** |
| | | | |
| **Total Gross Payroll and Bonus** | | **$** | **411,538.09** |

| Clear Date | Transferor | Transferee | Cash Disbursements |
|---|---|---|---|
| 06/23/15 | DC Solar Solutions, Inc. | Amato, Robert V | $ 143.11 |
| 05/17/17 | DC Solar Solutions, Inc. | Amato, Robert V | 25.00 |
| 02/02/18 | DC Solar Solutions, Inc. | Amato, Robert V | 100.00 |
| **Total Cash Disbursements** | | | $ 268.11 |

**EXHIBIT 2** Page 1 of 1

| Date | Transferor | Transferee | Gross Payroll and Bonus |
|---|---|---|---|
| 02/13/15 | DC Solar Solutions, Inc. | Amato, Priscilla | $            1,153.85 |
| 02/27/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 03/13/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 03/27/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 04/10/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 04/24/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 05/08/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 05/22/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 06/05/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 06/19/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 06/19/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.84 |
| 06/19/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.84 |
| 10/23/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 11/06/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 11/20/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 12/04/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 12/18/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 12/19/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 5,000.00 |
| 12/31/15 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 01/15/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 01/29/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 02/12/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 02/26/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 03/11/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 03/25/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 04/08/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 04/22/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 05/06/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 05/20/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 06/03/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 06/17/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 07/01/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 07/15/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 07/29/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 576.92 |
| 07/29/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 576.93 |
| 08/12/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 08/26/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 09/09/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 09/23/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 10/07/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 10/21/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 11/04/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 11/18/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 12/02/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 12/16/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 12/17/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 10,000.00 |

**EXHIBIT 1**

| Date | Transferor | Transferee | Gross Payroll and Bonus |
|---|---|---|---|
| 12/30/16 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 01/13/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 01/27/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 02/10/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 02/24/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 03/10/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 03/24/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 04/07/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 04/21/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 05/05/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,153.85 |
| 05/19/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,211.53 |
| 05/19/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 134.62 |
| 06/02/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,211.53 |
| 06/02/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 134.62 |
| 06/16/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,211.53 |
| 06/16/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 134.62 |
| 06/30/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,346.15 |
| 07/14/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 841.34 |
| 07/14/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 504.81 |
| 07/28/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 08/11/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,153.85 |
| 08/11/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 538.46 |
| 08/25/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,423.08 |
| 08/25/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 269.23 |
| 09/08/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 09/22/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 10/06/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 10/20/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 11/03/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 11/17/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 12/01/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,423.08 |
| 12/01/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 269.23 |
| 12/15/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 12/19/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 15,000.00 |
| 12/29/17 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 01/12/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 01/26/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 02/09/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 02/23/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 03/09/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 03/23/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 04/06/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 04/20/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 05/04/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 05/18/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 06/01/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |

| Date | Transferor | Transferee | Gross Payroll and Bonus |
|------|-----------|-----------|------------------------:|
| 06/15/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 06/29/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 07/13/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,423.08 |
| 07/13/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 269.23 |
| 07/27/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 08/10/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,346.15 |
| 08/10/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 1,346.16 |
| 08/24/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 09/07/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 09/21/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 10/05/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 10/19/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 11/02/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 11/16/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 11/30/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 12/14/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 2,692.31 |
| 12/15/18 | DC Solar Solutions, Inc. | Amato, Priscilla | 20,000.00 |
| **Total Gross Payroll and Bonus** | | | **$ 217,500.25** |

| Date | Transferor | Transferee | Gross Payroll and Bonus |
|---|---|---|---|
| 02/13/15 | DC Solar Solutions, Inc | Jordan, Paula J | $          1,153.85 |
| 02/27/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 03/13/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 03/27/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 04/10/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 04/24/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 05/08/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 05/22/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 06/05/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 06/19/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 07/03/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 07/17/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 07/31/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 08/14/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 08/28/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 09/11/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 09/25/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 10/09/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 10/23/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 11/06/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 11/20/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/04/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/18/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/19/15 | DC Solar Solutions, Inc | Jordan, Paula J | 2,000.00 |
| 12/31/15 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 01/15/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 01/29/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 02/12/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 02/26/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 03/11/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 03/25/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 04/08/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 04/22/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 05/06/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 05/20/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 06/03/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 06/17/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 07/01/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 07/15/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 07/29/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 08/12/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 08/26/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 09/09/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 09/23/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 10/07/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 10/21/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |

EXHIBIT 4    Page 4 of 3

| Date | Transferor | Transferee | Gross Payroll and Bonus |
|------|-----------|-----------|------------------------|
| 11/04/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 11/18/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/02/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/16/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/17/16 | DC Solar Solutions, Inc | Jordan, Paula J | 5,000.00 |
| 12/30/16 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 01/13/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 01/27/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 02/10/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 02/24/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 03/10/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 03/24/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 04/07/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 04/21/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 05/05/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 05/19/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 06/02/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 06/16/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 06/30/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 07/14/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 07/28/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 08/11/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 08/25/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 09/08/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 09/22/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 10/06/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 10/24/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 11/03/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 11/17/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/01/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/15/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/19/17 | DC Solar Solutions, Inc | Jordan, Paula J | 5,000.00 |
| 12/29/17 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 01/12/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 01/26/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 02/09/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 02/23/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 03/09/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 03/23/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 04/06/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 04/20/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 05/04/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 05/18/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 06/01/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 06/15/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 06/29/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |

| Date | Transferor | Transferee | Gross Payroll and Bonus |
|---|---|---|---|
| 07/13/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 07/27/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 08/10/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 08/24/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 09/07/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 09/21/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 10/05/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 10/19/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 11/02/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 11/16/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 11/30/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/14/18 | DC Solar Solutions, Inc | Jordan, Paula J | 1,153.85 |
| 12/15/18 | DC Solar Solutions, Inc | Jordan, Paula J | 5,000.00 |
| **Total Gross Payroll and Bonus** | | | **$ 133,538.85** |

| Clear Date | Transferor | Transferee | Cash Disbursements |
|---|---|---|---|
| 02/27/15 | DC Solar Solutions, Inc. | Jordan, Paula J | $ 300.00 |
| 03/25/15 | DC Solar Solutions, Inc. | Jordan, Paula J | 300.00 |
| 04/22/15 | DC Solar Solutions, Inc. | Jordan, Paula J | 350.00 |
| 06/10/15 | DC Solar Solutions, Inc. | Jordan, Paula J | 300.00 |
| 07/24/15 | DC Solar Solutions, Inc. | Jordan, Paula J | 300.00 |
| 08/10/15 | DC Solar Solutions, Inc. | Jordan, Paula J | 300.00 |
| 09/25/15 | DC Solar Solutions, Inc. | Jordan, Paula J | 350.00 |
| 01/13/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 400.00 |
| 03/09/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 250.00 |
| 05/27/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 300.00 |
| 08/01/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 400.00 |
| 08/17/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 311.92 |
| 09/12/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 108.64 |
| 09/16/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 182.00 |
| 10/05/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 107.52 |
| 10/12/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 322.56 |
| 11/02/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 300.00 |
| 11/16/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 250.88 |
| 11/28/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 215.04 |
| 12/28/16 | DC Solar Solutions, Inc. | Jordan, Paula J | 116.48 |
| 01/20/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 353.92 |
| 02/08/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 107.52 |
| 02/15/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 179.20 |
| 03/08/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 101.92 |
| 04/03/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 609.28 |
| 04/24/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 215.04 |
| 05/12/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 501.78 |
| 05/26/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 179.20 |
| 06/05/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 107.52 |
| 06/14/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 179.20 |
| 06/19/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 107.52 |
| 07/12/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 215.04 |
| 08/02/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 71.68 |
| 08/02/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 300.00 |
| 08/16/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 286.72 |
| 09/11/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 465.92 |
| 11/30/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 400.00 |
| 12/20/17 | DC Solar Solutions, Inc. | Jordan, Paula J | 6,997.00 |
| 01/30/18 | DC Solar Solutions, Inc. | Jordan, Paula J | 84.95 |
| 04/27/18 | DC Solar Solutions, Inc. | Jordan, Paula J | 400.00 |
| **Total Cash Disbursements** | | | $ 17,328.45 |

**EXHIBIT 5**    Page 1 of 1