| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*<br>Kevin C. Paule, Esq. #125276—Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>gbenezra@melandbudwick.com<br>kpaule@melandbudwick.com |

Attorneys for Christina Lovato, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>     Debtor.<br><br>Affects:<br>☒ DC Solar Solutions, Inc.<br>☒ DC Solar Distribution, Inc.<br>☐ DC Solar Freedom, Inc.<br>☐ Double Jump, Inc.<br><br>CHRISTINA W. LOVATO,<br><br>     Plaintiff,<br><br>v.<br><br>PRISCILLA AMATO and ROBERT AMATO and PAULA JORDAN,<br><br>     Defendants. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Jointly Administered with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>Adversary No.:  21-05032-gs<br><br>**CERTIFICATE OF SERVICE**<br><br>COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN AND SCHEDULING ORDER PACKET<br><br>Hearing Date: May 17, 2021<br>Hearing Time: 9:30 A.M. |

    I, Kevin C. Paule, certify that I am at least 18 years old and not a party to the matter concerning which service of process was made. I further certify that the service of this summons

1

and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on February 2, 2021 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

>Priscilla Amato
>2 Southport Lane
>Bella Vista, Arkansas 72715
>
>Robert Amato
>14435 Riverside Drive
>Apple Valley, CA 92307
>
>Paula Jordan
>21810 Highway 45
>Hackett, Arkansas 72937

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 2, 2021.

> s/ Kevin C. Paule
> Michael S. Budwick, Esquire
> Florida Bar No. 938777
> mbudwick@melandbudwick.com
> Kevin C. Paule, Esquire
> Florida Bar No. 125276
> kpaule@melandbudwick.com
> MELAND BUDWICK, P.A.
> 3200 Southeast Financial Center
> 200 South Biscayne Boulevard
> Miami, Florida 33131
> Telephone: (305) 358-6363
> Telecopy: (305) 358-1221
> Attorneys for Plaintiff